# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## AT COVINGTON

| | |
|---|---|
| IN RE: | CASE NO. 09-22644 |
| BRANDI RITCHIE | Chapter 07 |
| Debtor(s). | Judge William S. Howard |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Now comes HSBC Bank USA, National Association as Trustee for Option One Mortgage Loan Trust 2007-HL1 Asset-Backed Certificates, Series 2007-HL1, claim #1 filed as American Home Mortgage Servicing, Inc. ("Movant"), and, through counsel, moves pursuant to 11 U.S.C. Section 362 for an Order granting the motion for relief from the automatic stay and abandonment with respect to certain property owned by the Debtor in which Movant has a security interest, and for an abandonment of the property under § 554 the Bankruptcy Code.  In support of this Motion, Movant states as follows:

1. The debtor filed a petition for relief under Chapter 07 of the Bankruptcy Code in this Court on October 15, 2009.  The Trustee of the Estate of the debtor in this case is Michael L Baker, Chapter 7 Trustee.

2. As of the date of the filing of the petition the debtor was indebted to the Movant in the amount of $669,750.00, representing the balance due on a note and security agreement.

3. The indebtedness evidenced by the note and security agreement is secured by a security interest in the following real property at 13214 Fiji Way Unit S, Los Angeles, CA 90292.

4. Since the filing of the petition, the debtor has not made payments to Movant in accordance with the Note secured by the Mortgage. The debtor has not made any payments due for the months of April 1, 2009 through December 1, 2009.

Movant seeks relief from stay and abandonment on the following grounds: the interest of Movant is not adequately protected; or the debtor has no equity in the property.

Respectfully submitted,

/s/  D. Anthony Sottile
D. Anthony Sottile (92251)
Reisenfeld & Associates, LPA LLC
Attorney for  Movant
3962 Red Bank Road
Cincinnati, OH  45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail:  kybk@rslegal.com

## NOTICE

Please take notice that parties in interest shall have 15 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed Order may be entered by the Court without a hearing on the motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all known lien holders have been served a copy of the foregoing has been served this 10th day of December, 2009, by regular U.S. Mail, postage prepaid, or by electronic filing upon the following:

Brandi N. Ritchie
1138 Central Avenue
Newport, KY 41071

Michael L Baker, Bankruptcy Trustee
541 Buttermilk Pike, Suite 500
Box 175710
Covington, KY 41017

US Trustee
100 East Vine Street #500
Lexington, KY 40507

/s/ D. Anthony Sottile
D. Anthony Sottile (92251)